UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
13-18-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:20CR 58 (KAD)(RMS) |
| | : | |
| v. | : | 18 U.S.C. § 3 (Accessory After the Fact) |
| | : | |
| HENRY FLOY, a.k.a. "Mills," | : | 18 U.S.C. § 2 (Aiding and Abetting) |
| SHAKALE BRANTLEY, a.k.a. "Charlie | : | |
| Wilson," and | : | |
| ANTOINE SISTRUNK | : | |

## INDICTMENT

MAR 18 2020 PM 2:10
FILED - USDC - BPT - CT

The Grand Jury charges:

### COUNT ONE
(Accessory After the Fact to VICAR Murder)

1.      At all times relevant to this Indictment, ONE, which stands for "Original North End," and alternatively "Only North End," including its leaders, members and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2.      At all times relevant to this Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely offenses involving narcotics trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and acts involving murder and robbery, in violation of the laws of the State of Connecticut.

1

3.      On or about August 13, 2018, in the District of Connecticut, for the purpose of gaining entrance to and maintaining and increasing position in the ONE, an enterprise engaged in racketeering activity, enterprise members and associates known to the Grand Jury did intentionally and knowingly murder Len Smith, in violation of Conn. Gen. Stats. § 53a-54a and § 53a-8, all in violation of Title 18, United States Code, Section 1959(a)(1) and Title 18, United States Code, Section 2.

4.      On or about August 13, 2018, in the District of Connecticut, the defendants HENRY FLOY, a.k.a. "Mills," SHAKALE BRANTLEY, a.k.a. "Charlie Wilson," and ANTOINE SISTRUNK, and others, known and unknown to the Grand Jury, knowing that the above offense against the United States had been committed, received, relieved and assisted the enterprise members and associates known to the Grand Jury in order to hinder and prevent the enterprise members' and associates' apprehension, trial and punishment, to wit, by burning the automobile used to commit the above-described murder.

All in violation of Title 18, United States Code, Sections 3 and 2.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
PETER MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN C. KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

3